IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. 2:24-CR-212-RAH |
| ) | |
| HUNTER HUDSON, JR.,   ) | |
| RUEBEN BROWN,   ) | |
| BRANDON GAGE,   ) | |
| KERRY HAWTHORNE,   ) | |
| DESTINIE JAMES, and   ) | |
| JOEY PAYNE   ) | |

## **ORDER**

Before the Court is the Government's Motion to Authorize Alternative Victim Notification Procedures. (Doc. 95.) The Government seeks an order from the Court approving the use of alternate means to provide notice to the large number of crime victims in this case. Title 18 U.S.C. §3771(a)(2) provides victims a right to "reasonable, accurate, and timely notice" of public court proceedings. In this case, the alleged victims of the charged conspiracy are check writers, mail customers, the original payees of stolen checks, and the financial institutions who received such stolen checks. The Government represents that while it has made efforts to identify the victims in this case, the nature of the case makes it impracticable if not impossible to identify all of the victims. Further, the Government represents that the number of identified victims' numbers over one hundred entities.

Under such circumstances, 18 U.S.C. § 3771(a)(2) of the Crimes Victims' Rights Act gives the court the authority to "fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings." The Government seeks authorization to provide an alternate means to provide notice to the large number of crime victims in this case. In its motion, the Government sets out its proposed actions to comply with 18 U.S.C. § 3771. The Court finds the proposal meritorious.

Therefore, the Court finds that: (1) the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply to the above entitled and numbered cause; (2) it is impractical, because of the number of victims and nature of the facts, for the government and the court to identify all the direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; and (3) the proposal set forth in the government's motion is a "reasonable procedure" to give effect to the provisions of 18 U.S.C. § 3771.

Accordingly, it is **ORDERED** that the Motion (Doc. 95) is GRANTED and the Government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in the above entitled and numbered cause by providing notice of the Court proceedings as provided in the proposal set forth in its motion.

DONE, on this the 18th day of September 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE